# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**STEPHEN MURRAY,**
Appellant,

v.

**JANELLE IRWIN TAYLOR,** an individual, **PETER D. SCHORSCH,**
an individual, and **EXTENSIVE ENTERPRISES MEDIA,**
a Florida LLC,
Appellees.

No. 4D21-2586

[December 9, 2021]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, Okeechobee County; Rebecca I. White, Judge; L.T. Case No. 21CA000035CAAXMX.

Stephen Murray, Okeechobee, appellant.

Mark Herron of Messer Caparello, P.A., Tallahassee, for appellees.

PER CURIAM.

*Affirmed.*

MAY, KLINGENSMITH and ARTAU, JJ., concur.

\*   \*   \*

***Not final until disposition of timely filed motion for rehearing.***